# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. KOCH, | : | CASE NO. 3:12-cv-01906-GBC |
| | : | |
| Plaintiff, | : | (MAGISTRATE JUDGE COHN) |
| | : | |
| v. | : | ORDER TO DENY PLAINTIFF'S APPEAL, |
| | : | AFFIRM THE DECISION OF THE |
| CAROLYN W. COLVIN, | : | COMMISSIONER, AND CLOSE THE CASE |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | Docs. 8,9,10,11 |
| | : | |
| Defendant. | : | |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Robert W. Koch disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: August 29, 2014

s/Gerald B. Cohn
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE